FILIPPO MACCHIAVERNA, Suing for Himself as Stockholder and All Other Stockholders of the CAMPANIA REAL ESTATE COMPANY in Like Situation, Who Shall Choose to Make Themselves Parties to this Action, Respondent, v. CAMPANIA REAL ESTATE COMPANY and Others, Individually and as Executors, etc., of BENJAMIN J. SFORZA, Deceased, Appellants, and HERMAN GAHREN and CLARENCE COHEN, as Executors, etc., of CHARLES GAHREN, Deceased, Defendants.— Order denying motions to make the complaint more definite and certain and to require the service of an amended complaint separately stating and numbering the alleged causes of action affirmed, with ten dollars costs and disbursements, with leave to the appealing defendants to answer within ten days from service of a copy of the

order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.